# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3038 |
| | ) | |
| V. | ) | |
| | ) | |
| $8,189.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Joshua Barber's motion to withdraw as counsel for Claimant John Salinas (filing 26). Mr. Barber has requested to withdraw from this matter because he has been unable to communicate with his client, despite multiple attempts. Having considered the matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Joshua Barber's Motion to Withdraw (filing 26) is granted.

2. Mr. Barber shall immediately mail copies of this Order, by certified mail, to Mr. Salinas and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Mr. Barber will not be relieved of applicable duties to the Court, Mr. Salinas and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Salinas will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel has entered a written appearance on his behalf. If substitute counsel has not entered a written appearance, Mr. Salinas shall file a written notice with the Clerk of the Court of his current address and telephone number within five (5) business days of being served with this Order. Mr. Salinas may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Mr. Salinas shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and

      the Local Rules of Practice.  Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4.       Upon Mr. Barber's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Mr. Barber's appearance as counsel for Mr. Salinas and cease further notices to him in this matter.

**DATED March 21, 2014.**

                                         **BY THE COURT:**

                                         **S/ F.A. Gossett**
                                         **United States Magistrate Judge**